**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **BRANDON T. CRAWFORD,** | ) | **CASE NO. 4:06CV3007** |
| | ) | |
| Petitioner, | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| v. | ) | |
| | ) | |
| **MICHELLE EBERLIN, Warden,** | ) | **MEMORANDUM OPINION** |
| | ) | **AND ORDER** |
| Respondent. | ) | |
| | ) | |

This matter is before the Court upon a petition for a writ of habeas corpus filed by Brandon T. Crawford ("Petitioner"), pursuant to 28 U.S.C. § 2254. (Dkt. # 1).

On February 23, 2007, this case was automatically referred to Magistrate Judge Kenneth S. McHargh for preparation of a Report and Recommendation, pursuant to 28 U.S.C. § 636 and LR 72.1. (Dkt. # 3). On January 4, 2008, the Magistrate issued a report and recommendation, recommending that the Court deny the instant petition because Petitioner's claims are unexhausted and/or procedurally barred, and because Petitioner has failed to show that the state court's decisions were contrary to, or involved an unreasonable application of, clearly established federal law. (Dkt. # 9).

Petitioner has timely filed objections to the Magistrate's Report and Recommendation. (Dkt. # 10). The Court has reviewed Petitioner's objections and finds they are without merit.

The Court has reviewed the report and recommendation of the Magistrate Judge *de novo*, and finds that it is well-supported. Therefore, the Report and Recommendation of

Magistrate Judge McHargh (Dkt. # 9) is hereby **ADOPTED**, and Petitioner's petition for a writ of habeas corpus is **DENIED**.

    **IT IS SO ORDERED**.

                                           **/s/ Peter C. Economus – February 19, 2008**
                                           **PETER C. ECONOMUS**
                                           **UNITED STATES DISTRICT JUDGE**